BEFORE THE FIRST DIVISION, JANUARY 2, 1963

No. 67309.—Corsillo Enterprises, Inc. v. United States, protest 61/8988 (Los Angeles).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of glass beads similar in all material respects to those the subject of *United States* v. *S. H. Kress & Co.* (46 CCPA 135, C.A.D. 716), the claim of the plaintiff was sustained.